1 | BENJAMIN B. WAGNER
United States Attorney
2 | HEATHER MARDEL JONES
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
6 | Attorneys for Plaintiff
United States of America
7 |

FILED
NOV 19, 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CV-01629-LJO-SMS |
| Plaintiff, | **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| v. | |
| APPROXIMATELY $7,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $8,950.00 IN U.S. CURRENCY, AND | |
| APPROXIMATELY $10,010.00 IN U.S. CURRENCY, | |
| Defendants. | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on October 8, 2013, in the United States District Court for the Eastern District of California, alleging that defendants approximately $7,000.00 in U.S. currency, approximately $8,950.00 in U.S. currency, and approximately $10,010.00 in U.S. currency (hereafter "defendant currency"), is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

Order Regarding Clerk's Issuance of Arrest Warrant of Articles *In Rem*

1

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Ryan Jensen, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: 11/19/13

GARY S. AUSTIN
United States Magistrate Judge

Order Regarding Clerk's Issuance of Arrest Warrant of Articles *In Rem*             2