# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $7,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $8,950.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $10,000.00 IN U.S. CURRENCY,<br><br>Defendants. | **Case No. 1:13-cv-01629-LJO-SMS**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THE GRANT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR DEFAULT JUDGMENT**<br><br>(Docs. 10, 11, and 13) |

In this civil forfeiture action, Plaintiff United States of America ("Government") seeks (1) default judgment against the interests of Gabriel Lorenzo Gonzales and Mark Dustin Levi Huggins, and (2) entry of a final forfeiture judgment to vest in the Government all right, title, and interest in the defendant currency. The Government's motion was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 302(c)(19), and was considered in accordance with Local Rule A-540(d).

///

1   On April 24, 2014, the Magistrate Judge filed findings and recommendations recommending that the Government's motion be granted.  The findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be served within thirty days.  No objections to the findings and recommendations were filed with the Court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, it is hereby ORDERED that the findings and recommendations, filed April 24, 2014, are adopted in full.  The Government is directed to submit within ten (10) days a proposed order of default and final forfeiture judgment consistent with the findings and recommendations and this order.

IT IS SO ORDERED.

Dated:   **May 28, 2014**                             **/s/ Lawrence J. O'Neill**
                                                                      UNITED STATES DISTRICT JUDGE