BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:13-CV-01629-LJO-SMS |
| ) | |
| Plaintiff, ) | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| APPROXIMATELY $7,000.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| APPROXIMATELY $8,950.00 IN U.S. ) | |
| CURRENCY, and ) | |
| ) | |
| APPROXIMATELY $10,010.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on plaintiff United States' Ex Parte Motion for Default Judgment filed March 19, 2014.  The Magistrate Judge has recommended that the United States' motion for default judgment be granted.  The time for objecting to the Findings and Recommendations of the Magistrate has passed and no timely objections have been filed.  An Order Adopting the Magistrate Judge's Findings and Recommendations was filed on May 28, 2014.  Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's Ex Parte Application for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's April 24, 2014 Findings and Recommendations in full.

2. Gabriel Lorenzo Gonzales and Mark Dustin Levi Huggins are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendants approximately $7,000.00 in U.S. currency, approximately $8,950.00 in U.S. currency, and approximately $10,010.00 in U.S. currency (hereafter "defendant currency"), and all potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant currency to the United States of America, to be disposed of according to law, including all right, title, and interests of Gabriel Lorenzo Gonzales and Mark Dustin Levi Huggins.

5. All parties shall bear their own costs and attorney's fees.

**SO ORDERED**
**Dated: June 5, 2014**

                      **/s/ Lawrence J. O'Neill**
                      **United States District Judge**